# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| 4107 | E 1430961 | R. THOMAS | 50 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 11/22/2023 0251 | 36 2.34 (a)(1) |

Place of Offense: MASWIK LODGE Rm G857

Offense Description: Factual Basis for Charge  HAZMAT ☐

DISORDERLY CONDUCT: FIGHTING, THREATENING, VIOLENT BEHAVIOR

### DEFENDANT INFORMATION
Phone: (—)

| Last Name | First Name | M.I. |
|---|---|---|
| GLAZE | COREY | D. |

Street Address:

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| LONGVIEW | TX | 75604 | 1/1996 |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|
| | | TX | 8385 |

☒ Adult  ☐ Juvenile   Sex ☒ Male ☐ Female   Hair: BLN   Eyes: BR   Height: 5'7"   Weight: 122

### VEHICLE   VIN:                                                                   CMV ☐
Tag No. / State / Year / Make/Model / PASS ☐ / Color

### APPEARANCE IS REQUIRED / APPEARANCE IS OPTIONAL

A ☒ If Box A is checked, you must appear in court. See instructions.
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

YOU MUST APPEAR IN COURT

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT www.cvb.uscourts.gov → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____   Date: _____   Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature

Original - CVB Copy

23-04001-MJ-01-PCT-CDB

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on November 22, 2023 while exercising my duties as a law enforcement officer in the _____ District of ARIZONA

SEE ATTACHED

The foregoing statement is based upon:

☒ my personal observation  ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11/22/2023       R Thomas
             Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: Camille D Bibles   Digitally signed by Camille D Bibles
                                Date: 2023.11.22 14:20:02 -07'00'
             Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on November 22nd, 2023 while exercising my duties as a law enforcement officer in the District of Arizona

On November 22nd, 2023, at approximately 0250, I, Law Enforcement Ranger, Ryan Thomas was notified by Grand Canyon Dispatch of a barricaded subject in room 6857 of the Maswik Lodge, located within the boundaries of Grand Canyon National Park. Dispatch informed me that the subject attempted to assault Xanterra Security Guards with a pair of scissors.

I arrived at the Maswik Lodge Pinyon Pine building parking lot and was greeted by Xanterra Security Officer Jeremiah Dahl. Dahl stated that him and his partner, Matthew Price was giving Corey GLAZE a ride to a room in the Maswik Lodge because he didn't feel safe at his residence. Once Dahl and Price arrived at the Maswik Lodge parking lot, GLAZE refused to exit the vehicle. He became upset and from the backseat of the vehicle reached and tried to shift the vehicle into gear from park. Additionally, while Dahl was in the driver seat, he began stabbing the steering wheel with a pair of scissors missing the hands of Dahl. Dahl and Price exited the vehicle while GLAZE continued to attempt to stab them with the scissors stating, "I'm going to kill you" and "I'm going to kill everyone." Dahl stated that he locked GLAZE in the vehicle to try to contain him. GLAZE began kicking the windows and eventually cracked the front windshield of the Xanterra Security vehicle in numerous locations.

Dahl stated that GLAZE eventually unlocked the vehicle from the inside and ran to the Maswik Lodge Pinyon Pine building where he started to knock on doors occupied by park visitors. GLAZE shouted "help" multiple times and claimed that someone was after him with a gun as he knocked on the doors. The occupants of room 6857 opened the door and GLAZE forced himself in the room with the pair of scissors. The occupants of the room informed GLAZE that their children were sleeping and asked him if he could go into the bathroom. GLAZE barricaded himself in the bathroom and the family occupying the room left and went to a nearby room of friends accompanying them on their trip.

I requested CCSO, DPS and a K9 unit to my location. Myself and the other law enforcement agencies knocked and announced police multiple times with no response from GLAZE. Ranger C. Oakes called the room phone multiple times, and she attempted speaking to GLAZE through the door to get him to surrender which was unsuccessful. DPS K9 handler J. Chacon suggested opening the door and presenting his dog on leash to try to get GLAZE to surrender. I concurred with the plan and after the K9 was sent into the room on leash and multiple warnings were given GLAZE eventually surrendered without incident. GLAZE was later identified by his Texas identification card.

Body worn camera is available for this incident.
Case# NP23371763
A107

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11/22/2023          R Thomas
            Date (mm/dd/yyyy)        Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Camille D Bibles   Digitally signed by Camille D Bibles
                   Date: 2023.11.22 14:14:38 -07'00'
Executed on: _____
            Date (mm/dd/yyyy)        U.S. Magistrate Judge